◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINWOOD LOCKLEY, Appellant. [669 NYS2d 953] —Appeal by the defendant from a judgment of the County Court, Westchester

County (Smith, J.), rendered September 12, 1995, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to show causation is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Roe,* 74 NY2d 20; *Matter of Anthony M.,* 63 NY2d 270; *People v Stewart,* 240 AD2d 960). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The trial court acted within its discretion in charging the jury on intoxication (*see, People v Roe,* 74 NY2d 20, *supra*; *People v Le Grand,* 61 AD2d 815).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not warrant reversal. O'Brien, J. P., Thompson, Sullivan and Pizzuto, JJ., concur.